IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| **CREATIVE FOODS, LLC, et al.,** | § | Case No. 07-10043 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Warner Stevens, L.L.P. hereby appears as proposed counsel for the Official Committee of Unsecured Creditors of the above-referenced cases pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demands copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

Michael D. Warner, Esq.
**WARNER STEVENS, L.L.P.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Email: creativefoods@warnerstevens.com

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and

briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated:	January 22, 2007

                              Respectfully submitted,

                              **WARNER STEVENS, L.L.P.**
                              301 Commerce Street, Suite 1700
                              Fort Worth, TX 76102
                              Telephone: (817) 810-5250
                              Fax: (817) 810-5255
                              Email: creativefoods@warnerstevens.com

                              By:	/s/ Michael D. Warner
                              Michael D. Warner
                              Texas Bar No. 00792304

                              **PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers has been served upon the parties listed below via overnight delivery on this 22nd day of January, 2007,

/s/ Michael D. Warner

Counsel for the Debtors
Michael P. Coury, Esq.
Farris Mathews Brannan Bobango Hellen & Dunlap, PLC
40 South Main Street
One Commerce Square, Suite 200
Memphis, TN 38103
mpcoury@farris-law.com

Counsel for Pre-Petition Lender
Kristen C. Wright, Esq.
Bass Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103
kwright@bassberry.com

Counsel for GFA Brands, Inc.
Christopher J. Panos, Esq.
Craig & Macauley PC
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210
panos@craigmacauley.com

U.S. Trustee
Pattie J. Stanley, Esq.
Office of the United States Trustee
Bank of America Building
200 W. Capitol, Suite 1200
Little Rock, AR 72201
patti.j.stanley@usdoj.gov

Laura L. Worsham, Esq.
Jones, Allen, Fuquay, LLP
8828 Greenville Avenue
Dallas, TX 75243

Bruce M, Kahn, Esq.
Louis Jay Miller, Esq.
Apperson, Crump & Maxwell, PLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

Michael R. Johns, Esq.
Dover, Dixon, Horne, PLLC
425 West Capitol, 37th Floor
Little Rock, AR 72201

Isaac A. Scott, Jr., Esq.
Wright, Lindsey & Jennings, LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201-3699

Charles S. Trantham, Esq.
Stockland &Trantham, PA
157 E. Colt Drive, Suite 1
P.O. Box 1723
Fayetteville, AR 72703